IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANICE HARRIS,                       :

    Plaintiff,                    :

vs.                                  :
                              CIVIL ACTION 11-0129-M
MICHAEL J. ASTRUE,                   :
Acting Commissioner of
Social Security,                     :

    Defendant.                    :

MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an adverse social security ruling which denied a claim for Supplemental Security Income (Docs. 1, 14). The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 22).

Defendant has filed a Motion for Entry of Judgment With Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 19). Defendant has stated that Plaintiff's attorney has no objection to the motion (Doc. 19, pp. 1-2). Defendant states the following:

        Upon remand by the Court, the Commissioner
        will direct an Administrative Law Judge to

1

> further evaluate all of Plaintiff's
> impairments and Plaintiff's residual
> functional capacity, providing appropriate
> rationale in support of the assessed
> limitations, including specific references
> to evidence of record.

(Doc. 20, p. 1). This is a tacit admission that Plaintiff's application was not appropriately considered and that this action should be reversed. Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error.

It appears to the Court that the decision of the Secretary should be reversed and remanded. Such remand comes under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). For further procedures not inconsistent with this report, see *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Therefore, it is **ORDERED**, without objection from Plaintiff, that Defendant's Motion to Remand under sentence four be **GRANTED** (Doc. 19) and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court. Judgment will be entered by separate order.

DONE this 19th day of August, 2011.

       s/BERT W. MILLING, JR.
       UNITED STATES MAGISTRATE JUDGE