```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JANICE HARRIS,                      :

    Plaintiff,                    :

vs.                                 :
                                        CIVIL ACTION 11-0129-M
MICHAEL J. ASTRUE,                  :
Acting Commisioner of
Social Security,                    :

    Defendant.                    :

## JUDGMENT

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Janice Harris and against Defendant Michael J. Astrue.

    DONE this 19th day of August, 2011.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE