```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

JANICE HARRIS,                       :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 11-0129-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of Social Security,     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Janice Harris and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,514.44.

DONE this 20th day of October, 2011.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE